IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CONFESSOR OSORIO,                )
                                 )
     Plaintiff,                  )
                                 )
v.                               )      CASE NO. CV421-166
                                 )
MIDLAND CREDIT MANAGEMENT,       )
INC.,                            )
                                 )
     Defendant.                  )
                                 )

## O R D E R

Before the Court is the parties' Stipulation to Dismiss. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 8) is **GRANTED,** and this action is **DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of March 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA